## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| RONALD LAMONT SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-CV-212 SPM |
| ) | |
| ST. FRANCIS MEDICAL CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This closed case is before the Court on self-represented plaintiff's motion to compel. ECF No. 18. This case was dismissed over a year ago, under the "three strikes" provision of 28 U.S.C. § 1915(g), subject to plaintiff refiling a fully paid complaint. ECF No. 4. Since that dismissal, plaintiff has not appealed the Court's decision but he has filed twelve letters and motions in this case, including the instant motion. As best the Court can discern, plaintiff is now asking the Court to order defendant St. Francis Medical Center to answer plaintiff's complaint and to "pay what they owe to" plaintiff. ECF No. 18 at 1. Plaintiff's motion to compel will be denied. He has presented no valid grounds for the requested relief in this closed case.

Finally, plaintiff has abused the judicial process of this Court and has wasted the Court's limited resources by filing many pages of repetitious and frivolous letters and motions. To prevent further wasting of the Court's resources, the Court will prohibit plaintiff from filing any future documents or motions in this closed case, except for a notice of appeal or appellate documents.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [ECF No. 18] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff is prohibited from filing any future documents or motions in this closed case, except for a notice of appeal or appellate documents.

**IT IS FINALLY ORDERED** that the Clerk shall not accept any additional documents or motions filed by plaintiff in this closed action, except for a notice of appeal or appellate documents. If plaintiff files an additional document or motion the Clerk shall return it to plaintiff.

Dated this 15th day of March, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE